## A. J. NEWMAN v. STATE.
### No. 15760.

Court of Criminal Appeals of Texas.

Dec. 21, 1932.

J. D. Willis, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction for burglary; punishment, seven years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to be regular.

The judgment will be affirmed.